NUMBER 13-03-162-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


MIGUEL ANGEL MIRELES , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 197th District Court 

of Cameron County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam



 Appellant, MIGUEL ANGEL MIRELES , perfected an appeal from a judgment entered by the 197th District Court of
Cameron County, Texas, in cause number 2002-CR-1195-C . On April 24, 2003 , this cause was abated, and the trial court
was directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on May 19, 2003 . The trial court found that the appellant does not wish to prosecute his
appeal.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion
that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 5th day of June, 2003 .